UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMADOU DIA,

     Plaintiff,

                                 Case No. 1:26-cv-1054

v.

                                 Hon. Hala Y. Jarbou

KEVIN RAYCRAFT and
MARKWAYNE MULLIN,

     Defendants.

_____/

## **ORDER**

In light of the government's response (ECF No. 9) to Petitioner's motion for preliminary

relief,

**IT IS ORDERED** that Petitioner shall file a reply in support of his motion no later than

**8 a.m.** on **Monday, April 13, 2026**.

Dated: April 9, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE