UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMADOU DIA,

     Plaintiff,

                                      Case No. 1:26-cv-1054

v.

                                       Hon. Hala Y. Jarbou

KEVIN RAYCRAFT and
MARKWAYNE MULLIN,

     Defendants.

_____/

## ORDER

To facilitate informed adjudication of the pending motion for preliminary relief (ECF No. 6),

**IT IS ORDERED** that Respondents shall file a supplemental brief no later than **1:00 PM** on **Monday, April 13, 2026**.  Respondents' brief shall address the following points: (1) What opportunity has the government extended to Petitioner to apply for asylum, withholding of removal, or relief under the Convention Against Torture to prevent his removal to Ghana?  (2) Has Petitioner already applied for any of those forms of relief?  (3) What impact would such an application have on Respondents' plan to remove Petitioner to Ghana?

**IT IS FURTHER ORDERED** that Petitioner shall address the same questions in his reply brief, which shall be filed no later than **8:00 AM** on **Monday, April 13, 2026**.  (*See* ECF No. 10.)

Dated: April 10, 2026                  /s/ Hala Y. Jarbou
                                       HALA Y. JARBOU
                                       CHIEF UNITED STATES DISTRICT JUDGE